# UNITED STATES DISTRICT COURT
### Eastern District of Washington

MARK L. JAMES,

        Plaintiff,

    v.

COUNTY OF BENTON, et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-05-5041-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. Plaintiff's Motion for Summary Judgment (Ct. Rec. 14) is DENIED.
2. Defendants' Motion for Summary Judgment and Dismissal (Ct.Rec. 16) is GRANTED.
3. Sheriff Taylor is DISMISSED as a party in this action.
4. Plaintiff's claims against the remaining defendants are DISMISSED WITH PREJUDICE.

Judgment is entered for the defendants.

March 9, 2006                                JAMES R. LARSEN
*Date*                                              *Clerk*

                                                          s/ Linda Emerson
                                                          *(By) Deputy Clerk*

                                                          Linda Emerson